UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEAN GILBERT TONKIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PUTT PRO X LLC,<br><br>　　　　Defendant. | Case No. C15-409-JLR<br><br>REPORT AND RECOMMENDATION |

Plaintiff, proceeding *pro se*, filed an application to proceed *in forma pauperis* ("IFP") and a proposed complaint in the above-entitled action. Dkts. 1, 1-1. On March 20, 2015, the Court denied plaintiff's application, and granted plaintiff leave to amend within thirty days. Dkt. 3. Specifically, plaintiff failed to comply with LCR 3(b) by not sufficiently answering all of the questions on the IFP affidavit approved for use in this district, and granted plaintiff leave to amend within thirty days. *See id*. To date, however, plaintiff has not responded in any fashion to the Court's Order.

As plaintiff has had ample time to correct the deficiencies in his IFP application, but has failed to do so, this Court recommends that the instant action be DISMISSED without prejudice for failure to prosecute. A proposed order accompanies this Report and Recommendation.

REPORT AND RECOMMENDATION
PAGE - 1

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit by no later than **May 12, 2015**.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motion calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **May 15, 2015.**

This Report and Recommendation is not an appealable order.  Thus, a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the assigned District Judge acts on this Report and Recommendation.

DATED this 21st day of April, 2015.

*/s/ James P. Donohue*
JAMES P. DONOHUE
Chief United States Magistrate Judge