UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEAN GILBERT TONKIN,

    Plaintiff,

v.

PUTT PRO X LLC,

    Defendant.

Case No. C15-409-JLR

ORDER DISMISSING ACTION

The Court, having review the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     This action is DISMISSED without prejudice for failure to prosecute.

(3)     The Clerk is directed to send copies of this Order to plaintiff and to Judge Donohue.

DATED this 15th day of May, 2015.

JAMES L. ROBART
United States District Judge

ORDER DISMISSING ACTION